UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

CASE NO.: 2:22-cv-6510

NICK KOUDIS,

      Plaintiff,

v.

ARMBAR INDUSTRIES INC,

      Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Nick Koudis, by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement and requests until January 19, 2023 in which to file a Notice of Dismissal.

Dated: December 22, 2022        Respectfully submitted,

*/s/ Eliezer Lekht*
ELIEZER LEKHT
New Jersey Bar Number: 330192021
eliezer.lekht@sriplaw.com

**SRIPLAW, P.A.**
175 Pearl Street
Third Floor
Brooklyn, NY 11201
332.600.5599 – Telephone
561.404.4353 - Facsimile

*Counsel for Plaintiff Nick Koudis*

## CERTIFICATE OF SERVICE

       The undersigned does hereby certify that on December 22, 2022, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

                                              */s/ Eliezer Lekht*
                                              Eliezer Lekht

## SERVICE LIST

Armbar Industries Inc
2139 State Route 35 Ste 2
Holmdel, NJ 07733
stevenyoung@metcaps.com;
nick.micale@gmail.com;  Info@armbar.com
Pro Se